UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VIRGIL GREEN #189440,

      Plaintiff,                              Case No. 2:19–cv–81

   v.                                     Hon. Hala Y. Jarbou

M. SMITH,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Scheduling Conference
Date/Time:             March 21, 2022   10:00 AM
Magistrate Judge:    Maarten Vermaat
Place/Location:       by telephone

*Counsel for Defendants will coordinate the call with the MDOC to have Plaintiff available and call the Court's conference line.*

                                                       MAARTEN VERMAAT
                                                       U.S. Magistrate Judge

Dated:  February 2, 2022         By:   /s/ C. A. Moore
                                                Courtroom Deputy